```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 09797
   JOSEPH D PEC
   MARGARET L PEC                                CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5432    SSN XXX-XX-6343

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/17/2005 and was confirmed 04/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  66.54%.

     The case was paid in full 04/08/2008.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
JP MORGAN CHASE BANK NA  CURRENT MORTG    6956.00          .00          6956.00
COUNTRYWIDE HOME LOANS   CURRENT MORTG   62275.67          .00         62275.67
GENERAL MOTORS ACCEPTANC SECURED         15500.00          .00         15500.00
ECAST SETTLEMENT CORP    UNSECURED OTH   30033.18          .00         20097.73
ECAST SETTLEMENT CORP    UNSECURED OTH   10542.52          .00          7054.89
CAPITAL ONE BANK         UNSECURED      NOT FILED          .00              .00
CERTEGY                  UNSECURED      NOT FILED          .00              .00
CITIBANK                 UNSECURED      NOT FILED          .00              .00
DISCOVER FINANCIAL SERVI UNSECURED OTH    7175.05          .00          4801.44
FLEET                    UNSECURED      NOT FILED          .00              .00
FLEET                    UNSECURED      NOT FILED          .00              .00
ROUNDUP FUNDING LLC      UNSECURED OTH    2463.06          .00          1648.24
GENERAL MOTORS ACCEPTANC UNSECURED          16.20          .00             10.78
COMMUNITY AMERICA CREDIT UNSECURED OTH    6351.09          .00          4250.05
PETER FRANCIS GERACI     DEBTOR ATTY     1,700.00                      1,700.00
TOM VAUGHN               TRUSTEE                                       7,337.05
DEBTOR REFUND            REFUND                                        3,649.15

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             135,281.00

PRIORITY                                          .00
SECURED                                     84,731.67
UNSECURED                                   37,863.13
ADMINISTRATIVE                               1,700.00
TRUSTEE COMPENSATION                         7,337.05
DEBTOR REFUND                                3,649.15
                    --------------         --------------
TOTALS              135,281.00              135,281.00

             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 09797 JOSEPH D PEC & MARGARET L PEC
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE